Lee S. Harris SB# 76699
GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
415/673-5600  FAX:415/673-5606

Attorney for Plaintiff
MIRZA GEHMAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRZA GEHMAN,<br><br>PLAINTIFF,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; PHOTON DYNAMICS, INC., SELECT GROUP INSURANCE TRUST POLICY NUMBER 292000, IDENTIFICATION NUMBER 568943 and PHOTON DYNAMICS, INC.,<br><br>DEFENDANTS. | Case No. C 07 2381 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   August 10, 2007<br>Time:   2:00 p.m.<br>Crt Rm: 10, 19th Floor<br><br>Complaint Filed: May 2, 2007 |

All parties herein respectfully request and stipulate that the Case Management Conference currently scheduled for August 10, 2007 at 2:00 P.M be continued for the following reasons described in the Declaration of Lee S. Harris attached hereto.  We stipulate and respectfully suggest that the Case Management Conference now be set for August 24, 2007 at 2:00 P.M. in Courtroom 10 or as soon thereafter as agreeable with the court.

The parties further stipulate that the relevant Joint Case Management Statement will be filed not less than seven days before the conference (August 17, 2007).

1.

1

2  IT IS SO STIPULATED:

3

4  Dated: June 14, 2007

GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP

*[signature]*

Lee S. Harris
Attorney for Plaintiff
MIRZA GEHMAN

11  Dated: June 15, 2007

RIMAC & MARTIN, P.C.

*[signature]*

Anna M. Martin
Attorney for Defendants
UNUM LIFE INSURANCE COMPANY OF
AMERICA, PHOTON DYNAMICS, INC.,
SELECT GROUP INSURANCE TRUST
POLICY NUMBER 292000,
INDENTIFICATION NUMBER 568943 and
PHOTON DYNAMICS, INC.

35945B:6333-00

2.
Stipulation To Continue Case Management Conference

```
 1  Lee S. Harris, Esq.(SB#: 76699)
    GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
 2  1388 Sutter St., Suite. 1000
    San Francisco, CA 94109
 3  Telephone: 415-673-5600
    Fax.: 415-673-5606
 4  lharris@g3mh.com

 5  Attorney for Plaintiff
    MIRZA GEHMAN
 6
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRZA GEHMAN, | Case No.:C 07 2381 SI |
| Plaintiff, | **DECLARATION OF LEE S. HARRIS IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, CIVIL L.R. § 6.2 (a)** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; PHOTON DYNAMICS, INC., SELECT GROUP INSURANCE TRUST POLICY NUMBER 292000, IDENTIFICATION NUMBER 568943 and PHOTON DYNAMICS, INC., | |
| DEFENDANTS. Defendants | |

35948B.DOC                DECLARATION IN SUPPORT OF STIPULATION - 1

## DECLARATION IN SUPPORT OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE

I, Lee S. Harris, declare under penalty of perjury the following elements under Code of Civ. Proc. §2034(f)(2):

1. I am an attorney licensed to practice in the State of California, and am a partner with Goldstein, Gellman, Melbostad, Gibson & Harris, LLP, attorneys for Plaintiff Mirza Gehman.

2. I make this Declaration concerning the Case Management Conference now set for August 10, 2007 at 2:00 P.M. in accordance with Civil Local Rule § 6-2 (a).

3. I will be unavailable for the Case Management Conference on August 10, 2007 for the following reasons:

   a) I will be unavailable due to the fact that he will be out of the Country from August 6, 2007 to August 20, 2007.

4. Plaintiff requests that the Case Management Conference now be set for August 24, 2007 at 2:00 P.M. in accordance with the Courtrooms Case Management Calendar.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of June 2007, at San Francisco, California.

Respectfully Submitted,

Date: June 14, 2007        By: _____
                               Lee S. Harris.
                               Attorney for Plaintiff

35948B.DOC        DECLARATION IN SUPPORT OF STIPULATION - 2

Lee S. Harris, Esq.(SB#: 76699)
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter St., Suite. 1000
San Francisco, CA 94109
Telephone: 415-673-5600
Fax.: 415-673-5606
lharris@g3mh.com

<u>Attorney for Plaintiff</u>
<u>MIRZA GEHMAN</u>

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRZA GEHMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; PHOTON DYNAMICS, INC., SELECT GROUP INSURANCE TRUST POLICY NUMBER 292000, IDENTIFICATION NUMBER 568943 and PHOTON DYNAMICS, INC.,<br><br>　　DEFENDANTS.<br>　　　　Defendants | Case No.:C 07 2381 SI<br><br>**[PROPOSED] ORDER IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　The Court having considered the Stipulation to Continue the Case Management Conference filed herein, and good cause appearing,PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The Case Management Conference currently scheduled for August 10, 2007 will now be heard on August 24, 2007 at 2:00 P.M. in Courtroom 10.

---

35949B.DOC　　　　[PROPOSED] ORDER GRANTING CONTINUANCE - 1

2. Not less than seven days before the conference, counsel chall file a joint case management statement addressing each agenda item in accordance with the Case Management Order.

Dated: _____

_____

HONORABLE SUSAN ILLSTON