IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRZA GEHMAN,   No. C 07-2381 SI

    Plaintiff,   **JUDGMENT**

v.

UNUM LIFE INSURANCE CO. of AMERICA; PHOTON DYNAMICS, INC.

    Defendants.

    Summary judgment is granted for defendants and against plaintiff. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 6, 2008

SUSAN ILLSTON
United States District Judge